Argued and submitted June 24, reversed and remanded November 25,
respondent's petition for reconsideration filed December 1, 1998,
allowed by opinion April 28, 1999
See 160 Or App 248 (1999)

PLATT ELECTRIC SUPPLY, INC.,
*Respondent,*

*v.*

Gary VAN HORN,
Bud Embree, Lola Kohlruss,
Ron Dodge, and Gwen Van Denbosch,
*Appellants.*

(97P-1076; CA A99338)

968 P2d 860

Mark B. Comstock argued the cause for appellants. With him on the briefs was Garrett, Hemann, Robertson, Paulus, Jennings & Comstock, P.C.

Frederick A. Batson argued the cause for respondent. With him on the brief was Gleaves, Swearingen, Larsen, Potter, Scott & Smith LLP.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *Platt Electric Supply, Inc. v. JC Northwest, Inc.*, 157 Or App 79, 967 P2d 924 (1998).